■ PANTELIS SITARAS et al., Respondents, v MARTIN J. COHEN, Appellant.—Appeal from an order of the Supreme Court, Kings County, dated March 7, 1979, dismissed as academic, without costs or disbursements, in

light of the decision in *Sitaras v Ricciardi & Sons* (76 AD2d 860). Hopkins, J. P., Damiani, Titone and Mangano, JJ., concur.